IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BONITA EDDINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:09-0225 |
| v. | ) JUDGE HAYNES |
| | ) |
| SURISE ASSISTED LIVING MANAGEMENT, | ) |
| INC., a Virginia Corporation Licensed and Doing | ) |
| Business in the State of Tennessee as | ) |
| BRIGHTON GARDENS ASSISTED LIVING, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Upon the parties' stipulation of dismissal (Docket Entry No. 24) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED with prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

**ENTERED** this the 22nd day of July, 2010.

_____
WILLIAM J. HAYNES, JR.
United States District Judge